IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANNA M. GASSLER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-102
)
NANCY A. BERRYHILL, acting )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 23.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the Commissioner's final decision is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 25th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA